UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-135

FILED
SEP 17 2010
DENNIS P. JAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)  ORDER ALLOWING DISMISSAL OF
v. )  CRIMINAL INFORMATION AND
)  WITHDRAWAL OF ARREST WARRANT
JANICE A. GEROMO )

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

Case 7:03-mj-00135-RJ   Document 3   Filed 09/17/10   Page 1 of 1